MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 jnadolenco@mayerbrown.com
CHRISTOPHER P. MURPHY (SBN 120048)
 cmurphy@mayerbrown.com
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Of Counsel
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
RICHARD A. SPEHR *(admitted Pro Hac)*
 rspehr@mayerbrown.com
JOHN M. CONLON *(admitted Pro Hac)*
 jconlon@mayerbrown.com
Telephone: 212-506-2500
Facsimile: 212-262-1910

Attorneys for Plaintiff
Real Nutriceutical Group Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| REAL NUTRICEUTICAL GROUP LIMITED,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GLAUCUS RESEARCH GROUP CALIFORNIA LLC,<br><br>　　　　　Defendant. | Case No. 8:16-cv-00060-DOC (KESx)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Judge: Hon. David O. Carter |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Defendant having neither answered nor filed a motion for summary judgment, and pursuant to agreement of the parties, Plaintiff Real Nutriceutical Group Limited hereby dismisses the above-captioned action and the above-named Defendant without prejudice.

Dated: April 22, 2016

Respectfully submitted:

MAYER BROWN LLP
JOHN NADOLENCO
CHRISTOPHER P. MURPHY
RICHARD A SPEHR
JOHN M. CONLON

By: */s/Christopher P. Murphy*
    Christopher P. Murphy
Attorneys for Plaintiff
Real Nutriceutical Group Limited